# EXHIBIT 1

| | | |
|---|---|---|
| **HCDistrictclerk.com** | ARGENTUM HOLDINGS LLC vs. AMERICAN ZURICH INSURANCE COMPANY | 6/13/2017 |
| | Cause: 201729731    CDI: 7    Court: 270 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 5/3/2017 | **Court** | 270th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686400 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | SWORN ACCOUNT | **JudgeName** | BRENT GAMBLE |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 5/3/2017 | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ARGENTUM HOLDINGS LLC | PLAINTIFF - CIVIL | | RAIZNER, JEFFREY L. |
| AMERICAN ZURICH INSURANCE COMPANY | DEFENDANT - CIVIL | | |
| VERICLAIM INC | DEFENDANT - CIVIL | | |
| WARREN, NICHOLAS | DEFENDANT - CIVIL | | |
|     17 LONGWOOD ROAD, AUSTIN, TX 78737 | | | |
| AMERICAN ZURICH INSURANCE COMPANY MAY BE SERVED WITH PROCESS BY | REGISTERED AGENT | | |
|     211 E 7TH STREET SUITE 620, AUSTIN, TX 78701-3218 | | | |
| VERICLAIM INC (A FOREIGN CORPORATION) MAY BE SERVED WITH PROCESS | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 5/3/2017 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 5/3/2017 | ORIGINAL PETITION | | | 0 | | RAIZNER, JEFFREY L. | ARGENTUM HOLDINGS LLC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | AMERICAN ZURICH INSURANCE COMPANY MAY BE SERVED WITH PROCESS BY 211 E 7TH STREET SUITE 620 AUSTIN TX 78701 | 5/3/2017 | 5/4/2017 | 5/24/2017 | | 5/26/2017 | 73370116 | MAIL TO ATTORNEY |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | VERICLAIM INC (A FOREIGN CORPORATION) MAY BE SERVED WITH PROCESS | 5/3/2017 | 5/4/2017 | 5/24/2017 | | 5/30/2017 | 73370119 | MAIL TO ATTORNEY |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | WARREN, NICHOLAS | 5/3/2017 | 5/4/2017 | | | | 73370125 | MAIL TO ATTORNEY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Citation Corporate | | 05/30/2017 | 2 |
| restricted | Citation (Executed) | | 05/26/2017 | 2 |
| restricted | Civil Process Request Form | | 05/04/2017 | 2 |
| restricted | Civil Process Request - Vericlaim | | 05/04/2017 | 2 |
| restricted | Civil Process Request - Warren | | 05/04/2017 | 2 |
| restricted | Plaintiff's Original Petition and Jury Demand | | 05/03/2017 | 13 |
| ·> restricted | Civil Case Information Sheet | | 05/03/2017 | 1 |